IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY SPARKS BROWN,<br><br>   *Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00069-TES-CHW-1 |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**

Before the Court is the parties' Joint Motion for Continuance [Doc. 21]. On December 14, 2021, the Government obtained a three-count indictment charging Defendant Anthony Sparks Brown with Production of Child Pornography, Distribution of Child Pornography and Possession of Child Pornography. [Doc. 1, pp. 1–2]. Defendant entered a plea of not guilty on January 10, 2022. [Doc. 14].

The parties state that a continuance is necessary "in order to provide the Defendant and his counsel additional time to meaningfully review the materials, investigate the charge[s], formulate a defense[,] and file any applicable pretrial motions." [Doc. 21, ¶ 4]. Based on this, the Court **GRANTS** the parties' Joint Motion for Continuance [Doc. 21], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—April 11, 2022. 18 U.S.C. § 3161(h)(7)(B)(i). The ends of justice served by this continuance outweigh the best interests of the public

and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. [Doc. 21, ¶ 6].

**SO ORDERED**, this 24th day of January, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**