IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ANTHONY SPARKS BROWN, <br><br> *Defendant.* | CRIMINAL ACTION NO. <br> 5:21-cr-00069-TES-CHW-1 |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**

Before the Court is the parties' Joint Motion for Continuance [Doc. 23]. On December 14, 2021, the Government obtained a three-count indictment charging Defendant Anthony Sparks Brown with Production of Child Pornography, Distribution of Child Pornography and Possession of Child Pornography. [Doc. 1, pp. 1–2]. Defendant entered a plea of not guilty on January 10, 2022. [Doc. 14].

The parties state that a continuance is necessary "in order to allow for the final step in plea negotiations to take [pl]ace." [Doc. 23, ¶ 4]. The Government also notes that it needs to contact one more victim in this matter, but "the parties do not believe the necessary interview can take place prior to March 15, 2022." [*Id.*]. Therefore, the parties request a continuance of the pretrial conference originally set for March 15, 2022.

Based on this, the Court **GRANTS** the parties' Joint Motion for Continuance [Doc. 23], and this case's pretrial conference is **CONTINUED** to *April 5, 2022*. 18 U.S.C. § 3161(h)(7)(B)(i). The ends of justice served by this continuance outweigh the best

interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 9th day of March, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
