# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | 5:21-CR-0069 (TES-CHW-1) |
| **v.** | * | Case No. ~~7:20-CR-0034 - WLS - TQL~~ |
| | * | |
| **ANTHONY SPARKS BROWN** | * | |

---

## WAIVER OF APPEAL RIGHTS

On July 19, 2022, counsel and Defendant, in the above matter, were provided with written notice of Defendant's appeal rights. Further, counsel was ordered by the Court to file a Notice of Appeal or written Waiver of Appeal Rights within fourteen (14) days after entry of the written judgment. Following consultation with counsel and explanation to Defendant of his appeal rights, counsel and Defendant hereby execute this written Waiver of Appeal Rights as directed by the Court.

This 19th day of July, 2022.


**ANTHONY SPARKS BROWN**
Defendant


Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr Blvd, Ste 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org