UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | **CRIM. NO. 5:21-CR-69** |
| | : | |
| ANTHONY SPARKS BROWN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## RESTITUTION AGREEMENT

It is agreed by the United States of America, by and through its undersigned attorney, and Anthony Sparks Brown, hereinafter referred to as "Defendant," and Defendant's undersigned attorney, as follows:

(1)

On March 31, 2022, the Defendant plead guilty to Count 2 of the Indictment, which charges a violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Distribution of Child Pornography). Doc. 25.

(2)

Defendant understands, and has fully discussed with defendant's attorney, in accordance with 18 U.S.C. § 3664(f) Mandatory Victims Restitution Act (MVRA), criminal victims are entitled to the full amount of their loss as determined by the Court and without consideration of the economic circumstances of the Defendant.

1

(2)

The parties have agreed that the following restitution should be paid:

| IDENTIFIABLE VICTIM | AGREED AMOUNT OF RESTITUTION | PAYMENT INFORMATION |
|---|---|---|
| Victim # 1, "C.M." | $3,000.00 | Payment information to be sent to the United States District Court for the Middle District of Georgia Clerk of Court's Office at a later date by the United States Attorney's Office. |

(3)

While the restitution balance remains outstanding, Defendant agrees to submit in a timely manner each year all financial documentation required by the United States.

(4)

Defendant agrees that no discharge of debts in a proceeding pursuant to any chapter of Title 11, United States Code, shall discharge his liability to pay restitution pursuant to this Order, and that enforcement of the restitution herein is not subject to the automatic stay.

(5)

Defendant acknowledges that is his is responsibility to notify the Financial Litigation Unit of the United States Attorney's Office for the Middle District of Georgia of any change in address or contact information.

(6)

Defendant understands and has fully discussed with Defendant's attorney that this restitution agreement shall become effective only upon the Court's acceptance of this agreement and the Court's entry of a restitution order.

SO AGREED, this 19 day of July, 2022.

ANTHONY SPARKS BROWN
DEFENDANT

TIMOTHY R. SAVIELLO
ATTORNEY FOR DEFENDANT

ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

3